**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6569

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DESHAUN ENTREA SPRUILL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (4:12-cr-00075-D-4)

Submitted:  October 13, 2022                    Decided:  October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Deshaun Entrea Spruill, Appellant Pro Se.  John Parks Newby, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deshaun Entrea Spruill appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's order denying a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021).  We have reviewed the record and conclude that the district court did not abuse its discretion.  The court denied the compassionate release motion after assuming that Spruill demonstrated extraordinary and compelling circumstances, discussing the applicable 18 U.S.C. § 3553(a) factors, and sufficiently explaining the reasons for the denial.  *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of straightforward compassionate release motion).  We therefore affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*